

**FILED**
DEC 29 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ESTATE OF ELROY WIETING, et al., | \* | CIV 07-3023 |
| Plaintiffs, | \* | |
| | \* | ORDER |
| -vs- | \* | |
| ROGER PAUL BURNS and PAUL RYAN BURNS, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants filed a motion, Doc. 67, requesting that the Court reverse the Clerk's Taxation of Costs pursuant to Fed. R. Civ. Proc. 54(d). It appears that the costs taxed by the Clerk were appropriate and complied with the requirements of 28 U.S.C. § 1920.

Now, therefore,

IT IS ORDERED that the motion, Doc. 67, to reverse the taxation of costs is denied. The Clerk's taxation of costs is affirmed and approved.

Dated this 26th day of December, 2008.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Barbara J. Peoples
DEPUTY
(SEAL)